IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEATRICE HENA,** | : | |
|     **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TARGET CORPORATION,** | : | No. 20-3060 |
|     **Defendant.** | : | |

# O R D E R

**AND NOW,** this **28th** day of **October, 2020**, upon consideration of Defendant's Motion to Dismiss Counts II and III of Plaintiff's Complaint, the response and reply thereto, and for the reasons outlined in the Court's Memorandum dated October 28, 2020, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss Counts II and III of Plaintiff's Complaint (Document No. 4) is **GRANTED**.

2. Counts II and III of Plaintiff's Complaint are dismissed. Plaintiff may amend her Complaint, if she can reasonably do so, no later than **Friday, November 13, 2020.**

                                    **BY THE COURT:**

                                         /s/ Berle M. Schiller
                                    **Berle M. Schiller, J.**